Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
VOLTSTAR TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC., | Case No.: 3:23-cv-00284 |
| Plaintiff, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| VAVA INTERNATIONAL INC., | |
| Defendant. | |

Plaintiff, Voltstar Technologies, Inc., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, states that Horizon Adventures, Inc. owns 10% or more of its stock.

Pursuant to L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and Horizon Adventures, Inc., there are no other interests to report.

DATED: January 19, 2023   */s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
Attorneys for Plaintiff Voltstar Technologies, Inc.