| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (561) 990-3534 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>8730 Wilshire Boulevard, Suite 350<br>Beverly Hills, CA 90211<br>ATTORNEY FOR  Plaintiff | | |
| NORTHERN DISTRICT, SAN JOSE<br>280 S First St<br>San Jose, CA 95113 | | |
| SHORT TITLE OF CASE:<br>Voltstar Technologies, Inc. v. VAVA International Inc. | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>5:23-cv-00284-SVK (Voltstar v. VAVA) |
| **Declaration of Service** | | Ref. No. or File No:<br>00073-0047 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

On: **VAVA International, Inc.**

I served the summons at:
**Registered Agent: Yucheng Zhang**
**20370 Town Center Ln, 208  Cupertino, CA 95014**

On: **2/6/2023**        Date:  **02:23 PM**

In the above mentioned action  by substituted service and leaving with
**Kai Ma  -  Person In Charge**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Thomas J Bowman Jr**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **104.25**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Thomas J Bowman Jr                              Date: 02/08/2023

Declaration of Service                                       Invoice #: 7006351

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>323-364-6565 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>8730 Wilshire Boulevard, Suite 350<br>Beverly Hills, CA 90211<br>ATTORNEY FOR  Plaintiff | | |
| NORTHERN DISTRICT, SAN JOSE<br>280 S First St<br>San Jose, CA 95113 | | |
| SHORT TITLE OF CASE:<br>Voltstar Technologies, Inc. v. VAVA International Inc. | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>5:23-cv-00284-SVK (Voltstar v. VAVA) |
| | **Declaration of Service by Mail** | Ref. No. or File No:<br>00073-0047 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **02/07/2023**, I served the within:
**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Santa Ana**, California, addressed as follows:

**VAVA International, Inc.**
**Registered Agent: Yucheng Zhang**
**20370 Town Center Ln, 208**
**Cupertino, CA 95014**

Declarant:

  a. Name: **John Dawn**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. **The fee** for this service was: **104.25**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

John Dawn    Date: **02/09/2023**

Declaration of Service by Mail    Invoice #: 7006351