Kimberly A. Donovan (SBN 160729)
Kathryn C. Curry (SBN 157099)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
kdonovan@gcalaw.com
kcurry@gcalaw.com

Attorneys for Defendant
VAVA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VAVA INTERNATIONAL, INC., <br><br> Defendant. | Case No. 5:23-cv-00284-BLF <br><br> NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT VAVA INTERNATIONAL, INC. |

NOTICE OF APPEARANCE OF COUNSEL FOR VAVA INTERNATIONAL, INC.
CASE NO. 5:23-cv-00284-BLF

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

TO ALL PARTIES AND COUNSEL OF RECORD:

    The following counsel appear as counsel of record on behalf of Defendant VAVA INTERNATIONAL, INC.

> Kimberly A. Donovan (SBN 160729)
> Kathryn C. Curry (SBN 157099)
> GCA LAW PARTNERS LLP
> 2570 W. El Camino Real, Suite 400
> Mountain View, CA 94040
> Telephone: (650) 428-3900
> Facsimile: (650) 428-3901
> kdonovan@gcalaw.com
> kcurry@gcalaw.com

DATED: March 8, 2023           GCA LAW PARTNERS LLP

                                        By: */s/ Kimberly A. Donovan*
                                                Kimberly A. Donovan

                                        Attorneys for Defendant
                                        VAVA INTERNATIONAL, INC.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900