Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
SRIPLAW, P.A.
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90211
Telephone: (323) 364-6565
Facsimile: (561) 404-4353
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
VOLTSTAR TECHNOLOGIES, INC.

Kimberly A. Donovan (SBN 160729)
Kathryn C. Curry (SBN 157099)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
kdonovan@gcalaw.com
kcurry@gcalaw.com

Attorneys for Defendant
VAVA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VAVA INTERNATIONAL, INC., <br><br> Defendant. | Case No. 5:23-cv-00284-BLF <br><br> **STIPLUATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(a)** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Voltstar Technologies, Inc. (hereinafter "Plaintiff"), by and through its counsel of record, and Defendant Vava International, Inc. (hereinafter "Defendant"), by and through its counsel, (collectively "the Parties") hereby stipulate as follows:

WHEREAS, the Court has set a Case Management Conference in this matter for May 11, 2023, with the Joint Case Management Conference Statement due on May 4, 2023;

WHEREAS, no other events, dates, or deadlines have been established by the Court in this case;

WHEREAS, the parties wish to agree that the Defendant's time to answer or otherwise respond to the Complaint for Patent Infringement (hereinafter "Complaint") in this action shall be extended to, and including March 29, 2023;

WHEREAS, this stipulation will not affect any event or deadline already fixed by the Court in this matter.

NOW, THEREFORE IT IS HEREBY STIPULATED by and between the parties, pursuant to Local Rule 6.1(a), that Defendant shall answer or otherwise respond to Plaintiff's Complaint by March 29, 2023.

Dated: March 8, 2023          SRIPLAW, P.A.

                              By: /s/ Jonah A. Grossbardt
                                  Jonah A. Grossbardt

                              Attorneys for Plaintiffs
                              VOLTSTAR TECHNOLOGIES, INC.

Dated: March 8, 2023          GCA LAW PARTNERS LLP

                              By: /s/ Kimberly A. Donovan
                                  Kimberly A. Donovan

                              Attorneys for Defendant
                              VAVA INTERNATIONAL, INC.

## **ATTESTATION**

I, Kimberly A. Donovan, am counsel for Defendant Vava International, Inc. in this action. I am the registered ECF user under whose name and password this STIPLUATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(a)) is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 8, 2023					GCA LAW PARTNERS LLP

						*/s/ Kimberly A. Donovan*
						    Kimberly A. Donovan

						Attorneys for Defendant
						VAVA INTERNATIONAL, INC.